UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Andre Jackson,                                     Case No. 3:22-cv-985

           Plaintiff,

v.                                           JUDGMENT ENTRY

Clinic Security & Logistics, Inc.,

           Defendant.

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I deny Plaintiff's motion for leave to amend his complaint, (Doc. No. 8), grant Defendant's motion to dismiss Plaintiff's § 1981 claim, (Doc. No. 5), and decline to exercise supplemental jurisdiction over Plaintiff's breach of contract claim.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge